## Bernadine Bissekumer, Appellant, v. Roger Bissekumer, Appellee.

Gen. No. 9,933.

opinion filed February 16, 1944; rehearing denied November 20, 1944; released for publication November 21, 1944. Wilbur E. Johnson and Hall & Hall, for appellant; Roy E. Hall, of counsel; Welsh & Welsh, for appellee; C. K. Welsh, of counsel. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.

## Gay Gorrell, Now Gay Roley McClelland, Appellant, v. May Gorrell Roley et al., Appellees.

Gen. No. 9,439.

opinion filed October 26, 1944; released for publication November 21, 1944. Dwight H. Doss, for appellant; N. E. Hutson, for appellees. Opinion by PRESIDING JUSTICE DADY. Not to be published in full.